UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    DIAMIN BETHEA,

                      Plaintiff,

                                24 Civ. 8010 (LGS)

            -against-

                                ORDER

    ALLANTE SECURITY,

                      Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, On December 9, 2024, the parties filed a joint proposed case management plan and scheduling order that indicated they consented to conducting all further proceedings before a United States Magistrate Judge, including motions and trial, under 28 U.S.C. § 636(c). It is hereby

    **ORDERED** that by **December 13, 2024**, the parties shall jointly file a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form to effect the transfer to a Magistrate Judge, at which point the currently scheduled initial pretrial conference will be canceled and a referral order issued. It is further

    **ORDERED** that, if the parties no longer consent to conduct all further proceedings before a Magistrate Judge, they shall file a joint letter stating they do not consent by **December 13, 2024**.

Dated: December 10, 2024
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                       UNITED STATES DISTRICT JUDGE

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| *Plaintiff*<br>v.<br>*Defendant* | )<br>)<br>)  Civil Action No.<br>)<br>) |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

**Reference Order**

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____    _____
*District Judge's signature*

_____
*Printed name and title*

Note:  Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.