```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/27/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMIN BETHEA,

        Plaintiff,

-against-

ALANTE SECURITY,

        Defendant.

24-CV-8010 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On April 10, 2025, the Court directed the parties to provide a joint status update letter no later than June 24, 2025. (*See* Dkt. 29.) They failed to do so. (*See* Dkts. 30, 31.) The parties must file a joint status letter no later than **June 30, 2025 at 12:00 p.m.** The letter must contain a complete description of all unresolved issues between the parties, and must include any exhibits necessary to the Court's resolution of any outstanding disputes. The Court disregards the letters filed at Dkts. 30 and 31.

Dated: New York, NY
       June 27, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**