USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___7/1/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMIN BETHEA,

              Plaintiff,

    -against-

ALANTE SECURITY,

              Defendant.

24-CV-8010 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

After consultation with the parties at today's status conference, the Court modifies the case management schedule (Dkts. 21, 27) as follows:

1.   <u>Fact Discovery:</u> The deadline to complete all outstanding fact discovery is EXTENDED to **July 7, 2025**.

2.   <u>Expert Discovery:</u> The deadline for plaintiff to serve her expert report is EXTENDED to **July 7, 2025**. Defendant's responding expert report is due no later than **August 6, 2025**. Any reply expert report must be served no later than **August 20, 2025**.

3.   <u>Close of Discovery:</u> All discovery, including expert depositions, must be completed no later than **August 20, 2025**.

4.   <u>Status Conference:</u> Judge Moses will conduct a status conference on **August 27, 2025 at 10:00 a.m.**, in Courtroom 20A, 500 Pearl Street, New York, New York 10007. No later than **August 22, 2025**, the parties must submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts.

Except as modified above, all provisions of the Court's Initial Case Management Order (Dkt. 21) remain in effect.

Dated: New York, New York
      July 1, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**