UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMIN BETHEA,

    Plaintiff,

-against-

ALANTE SECURITY,

    Defendant.

24-CV-8010 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed on the record during today's discovery and status conference:

1. Plaintiff must supplement the expert report of Dr. Robert H. Reiner, in full compliance with Fed. R. Civ. P. 26(a)(2)(B), no later than **September 8, 2025**.

2. The parties must promptly meet and confer to schedule the deposition of Dr. Reiner, to take place no later than **September 26, 2025**.

3. Summary judgment motions, if any, must be filed no later than **October 3, 2025**. Prior to making any such motion, the parties must engage in a good faith discussion regarding whether any of the issues intended to be litigated by way of summary judgment can be negotiated or stipulated. Summary judgment motion(s) must strictly comply with Fed. R. Civ. P. 56(c), Local Civ. R. 56.1, and Moses Ind. Prac. § 2(c).

4. If neither party moves for summary judgment, the parties' proposed joint pretrial order must be filed no later than **October 3, 2025**, and must strictly comply with Moses Ind. Prac. § 5(b).

Except as modified above, all provisions of the Court's Initial Case Management Order (Dkt. 21) remain in effect.

Dated: New York, New York
      August 27, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**