UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIAMIN BETHEA,

Plaintiff,

-against-

ALANTE SECURITY GROUP INC.,

Defendant.

24 CIVIL 8010 (BCM)

# JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated November 17, 2026, defendant's motion for summary judgment is GRANTED as to both of plaintiff's Title VII claims, which are DISMISSED WITH PREJUDICE. The Court declines to exercise supplemental jurisdiction over plaintiff's remaining claims under state and local law, which are DISMISSED WITHOUT PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York
November 18, 2026

**TAMMI M. HELLWIG**
**Clerk of Court**

**BY:** [signature]
**Deputy Clerk**